# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:16-cv-01425-VBF-KES | Date:  October 12, 2018 |

Title:  ERIC JEFFREY BLOSS v. SHERIFF DEPUTY BEN-SAHILLE, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

| | |
|---|---|
| **PROCEEDINGS (IN CHAMBERS):** | **Order to Show Cause to Plaintiff re Opposition to Defendants' Motion to Strike the Fifth Amended Complaint (Dkt. 92)** |

    Plaintiff initiated this civil rights action in March 2016.  (Dkt. 1.)  The operative complaint is the Fifth Amended Complaint ("5AC") constructively filed on July 14, 2018.  (Dkt. 91 [signature date].)  On August 22, 2018, Defendants Jaime Barrios, Bensobhi Ben-Sahile, John Muro, Christopher Muse and German Zambrano ("Defendants") filed a motion (the "Motion") (1) to strike the 5AC pursuant to Rule 12(f) of the Federal Rules of Civil Procedure on the grounds of untimeliness and redundancy, and (2) to dismiss the 5AC pursuant to Rule 12(b) for failure to state a claim. (Dkt. 92.)

    On August 28, 2018, the Court issued an order summarily rejecting the Defendants' untimeliness argument and ordering that the parties brief the remainder of the Motion according to the following schedule: Plaintiff was ordered to file an Opposition on or before September 24, 2018, and then the Defendants would file a reply on or before October 8, 2018.  (Dkt. 94.)  To date, the Court has not received any opposition from Plaintiff.

    IT IS THEREFORE ORDERED that, **on or before November 13, 2018**, Plaintiff shall show cause why the Court should not consider the Defendants' Motion to be unopposed.  If Plaintiff opposes the Motion, then Plaintiff should file an Opposition arguing that Plaintiff has stated a claim against each moving Defendant upon which relief may be granted.  Plaintiff need not address the Defendants' untimeliness argument.

**If Plaintiff fails to timely respond to this order, the Defendants' Motion may be granted, or the action may be dismissed for lack of diligent prosecution.**

Initials of Deputy Clerk JD